UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X Our File No. 18339DVUNN

ANGEL RAWEL BREA,

          Plaintiff,

Docket No.

      - against -

**NOTICE OF REMOVAL**

LUCIANO ROBALINO and OCEAN FROST CORP.,

          Defendants.

-----------------------------------------------------------------------X

TO: Clerk of the Court
    The United States District Court
    For the Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, New York 11201

Defendants, LUCIANO ROBALINO and OCEAN FROST CORP., by their attorneys, BAXTER SMITH & SHAPIRO, P.C., file this Notice of Removal under 28 U.S.C. Section 1441 and 1446 and the Federal Rules of Civil Procedure 81(c), hereby remove to this Court the civil action pending in the Supreme Court of the State of New York, County of Kings, entitled *"Angel Rawel Brea v. Luciano Robalino and Ocean Frost Corp."* and bearing the index number 501608/2021 (hereinafter "the State Court Action").

### STATEMENT OF FACTS ENTITLING DEFENDANTS TO REMOVAL

1. The State Court Action was commended on or about January 21, 2021. A copy of the Verified Complaint received by defendants in the State Court Action is annexed hereto as **Exhibit "A"** as required by 28 U.S.C. Section 1446.

2. This action involves an alleged injury sustained by plaintiff, ANGEL RAWEL BREA, who alleges that on or about August 24, 2020, he was involved in a

motor vehicle accident with a car operated by our client LUCIANO ROBALINO and owned by our client, OCEAN FROST CORP.

3. According to the Complaint, plaintiff is a resident of State of New York.

4. The defendant, OCEAN FROST CORP., is a New Jersey corporation with its principal place of business in Newark, New Jersey.

5. The defendant, LUCIANO ROBALINO, is a resident of the State of New Jersey, living in Linden, New Jersey.

6. Upon information and belief, based on the allegations contained therein, the damages claimed and sought exceed $75,000.00, exclusive of costs and interests. To wit, plaintiff has alleged that they have suffered a "serious injury" as defined by §5102(d) of the Insurance Law of the State of New York. Plaintiff is also claiming that he is "seriously and permanently injured.." and that he "will require medical attention for the rest of his life as a result of his aforesaid serious and permanent injuries."

7. Therefore, the action is within the original jurisdiction of the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. Section 1332(a) by reason of diversity of citizenship of the parties and because the State Court Action is geographically located within the United States District Court, Eastern District of New York.

8. This Notice of Removal is timely under 28 U.S.C. Section 1146(b) because it is being filed within thirty (30) days after receipt by defendants, through service or otherwise, of a copy of the summons and complaint.

Dated: Hicksville, New York
       February 23, 2021

By: _____
ARTHUR J. SMITH, ESQ.
AJS(#3567)
BAXTER SMITH & SHAPIRO, P.C.
Attorneys for Defendants
99 North Broadway
Hicksville, New York  11801
(516) 997-7330

TO:   KHAVINSON & ASSOCIATES, P.C.
      Attorneys for Plaintiff
      45 Broadway, Suite 7200
      New York, new York  10006
      (212) 785-5000

# EXHIBIT A

FILED: KINGS COUNTY CLERK 01/21/2021 02:03 PM
NYSCEF DOC. NO. 1

INDEX NO. 501608/2021
RECEIVED NYSCEF: 01/21/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X
ANGEL RAWEL BREA,

                        Plaintiff,

    -against-

LUCIANO ROBALINO and OCEAN FROST CORP.

                       Defendants.
-----------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates
Kings County as
the place of trial.

The basis of venue is:
Plaintiff's residence

Plaintiff resides at:
341 59th Street
Brooklyn, New York 11220

**To the above named Defendants**

    **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action, and to serve a copy of your Answer, or if the Complaint is not served with this Summons, to serve a Notice of Appearance on Plaintiff's attorneys within twenty days after the services of this Summons exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

DATED: New York, New York
          January 20, 2021

                                    TIMOTHY MANDRONICO, ESQ.
                                    KHAVINSON & ASSOCIATES, P.C.
                                    45 Broadway, Suite 720
                                    New York, NY 10006
                                    T: (212) 785-5000
                                    F: (347) 983-6992

TO: LUCIANO ROBALINO
     419 Richard Terrace
     Linden, New Jersey 07036

     OCEAN FROST CORP.
     471 Mulberry Street
     Newark, New Jersey 07114

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------X
ANGEL RAWEL BREA,

                      Plaintiff,            **VERIFIED COMPLAINT**

    -against-                              Index No.:

LUCIANO ROBALINO and OCEAN FROST CORP.,

                      Defendants.
--------------------------------------------------------------X

       Plaintiff, **ANGEL RAWEL BREA**, by his attorneys, **KHAVINSON & ASSOCIATES**, P.C., as and for a cause of action alleges upon information and belief as follows:

1. At all times herein mentioned, Plaintiff **ANGEL RAWEL BREA** was, and still is, a resident of the County of Kings, State of New York.

2. At all times herein mentioned, Plaintiff **ANGEL RAWEL BREA** was and is over the age of 18 years.

3. At all times herein mentioned, Defendant **LUCIANO ROBALINO** was, and still is, a resident of Union County, State of New Jersey.

4. At all times herein mentioned, Plaintiff **LUCIANO ROBALINO** was and is over the age of 18 years.

5. At all times herein mentioned, Defendant **OCEAN FROST CORP** was and still is a foreign and domestic corporation authorized to do business in the State of New York.

6. At all times herein mentioned, Defendant **OCEAN FROST CORP** was the owner of a 2016 Ford motor vehicle bearing New Jersey registration number XFAR82.

7. At all times herein mentioned, Defendant **OCEAN FROST CORP** managed the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82.

[FILED: KINGS COUNTY CLERK 01/21/2021 02:03 PM]   INDEX NO. 501008/2021
NYSCEF DOC. NO. 1   RECEIVED NYSCEF: 01/21/2021

8. At all times herein mentioned, Defendant **OCEAN FROST CORP** maintained the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82.

9. At all times herein mentioned, Defendant **OCEAN FROST CORP** controlled the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82.

10. At all times herein mentioned, Defendant **LUCIANO ROBALINO** was the operator of the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82.

11. At all times herein mentioned, Defendant **LUCIANO ROBALINO** operated the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82, with the knowledge and permission of Defendant **OCEAN FROST CORP**

12. At all times herein mentioned, Defendant **LUCIANO ROBALINO** operated the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82, within the scope of his employment with **OCEAN FROST CORP**.

13. At all times herein mentioned, Plaintiff **ANGEL RAWEL BREA** was the operator of a 2013 BMW motor vehicle bearing New York registration number Y66KNJ.

14. At all times herein mentioned, Interstate 278 E/B, Brooklyn Queens Expressway, in Kings County, State of New York were public roadways, streets and/or thoroughfares.

15. That on August 24, 2020, at approximately 3:30 p.m., Defendant **LUCIANO ROBALINO** was operating the 2016 Ford motor vehicle bearing New Jersey registration number XFAR82 at the above mentioned location.

16. That on August 24, 2020, at approximately 3:30 p.m., Plaintiff **ANGEL RAWEL BREA** was operating the 2013 BMW motor vehicle bearing New York registration number Y66KNG at the above mentioned location.

[FILED: KINGS COUNTY CLERK 01/21/2021 02:03 PM]   INDEX NO. 501006/2021
NYSCEF DOC. NO. 1                                  RECEIVED NYSCEF: 01/21/2021

17. That on August 24, 2020, at approximately 3:30 p.m., Defendant **LUCIANO ROBALINO** did operate, maintain, control and/or manage the aforesaid motor vehicle in a neglectful, careless and reckless manner and caused and/or created a dangerous condition.

18. That on August 24, 2020, at approximately 3:30 p.m., the motor vehicle owned by Defendant **OCEAN FROST CORP** and operated by Defendant **LUCIANO ROBALINO** came into contact with the motor vehicle operated by Plaintiff, **ANGEL RAWEL BREA**, at the above mentioned location.

19. That as a result of the aforesaid contact, Plaintiff **ANGEL RAWEL BREA** was seriously injured.

## AS AND FOR A FIRST CAUSE OF ACTION FOR PLAINTIFF

20. Plaintiff, **ANGEL RAWEL BREA** repeats and re-alleges all of the allegations contained in Paragraphs 1-20 above as if set forth fully.

21. That the aforesaid collision described in paragraphs 1-20 above was caused solely by the Defendants' negligence.

22. That the aforesaid collision described in paragraphs 1-20 above, was caused solely by the Defendants' recklessness.

23. That Plaintiff **ANGEL RAWEL BREA** shares no comparative fault and displayed no want of care for the subject occurrence.

24. That as a direct result of Defendants' negligence and/or recklessness, Plaintiff, **ANGEL RAWEL BREA** was rendered sick, lame, unable to work, suffered mental anguish, emotional distress, pain and suffering, and loss of enjoyment in his life.

25. That Plaintiff **ANGEL RAWEL BREA** was seriously and permanently injured under New York Insurance Law § 5102(d) solely as a result of Defendants' negligence and/or

FILED: KINGS COUNTY CLERK 01/21/2021 02:03 PM
NYSCEF DOC. NO. 1

INDEX NO. 501808/2021
RECEIVED NYSCEF: 01/21/2021

recklessness.

26. That Plaintiff **ANGEL RAWEL BREA** will require medical attention for the rest of his life as a result of his aforesaid serious and permanent injuries.

27. That as a direct result of Defendants' negligence and/or recklessness, Plaintiff **ANGEL RAWEL BREA** sustained economic damages in excess of basic economic loss under New York Insurance Law § 5104.

28. That by reason of the foregoing, Plaintiff **ANGEL RAWEL BREA** has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

29. That this action falls under the exceptions of Article 1602 of New York's CPLR.

**WHEREFORE**, Plaintiff **ANGEL RAWEL BREA** demands judgment against the above-named Defendants in an amount which exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction, together with costs and disbursements of this action, and such other and further relief that this Court deems just and proper.

Dated: New York, New York
     January 20, 2021

TIMOTHY MANDRONICO, ESQ.
KHAVINSON & ASSOCIATES, P.C.
45 Broadway, Suite 720
New York, NY 10006
T: (212) 785-5000
F: (347) 983-6992

FILED: KINGS COUNTY CLERK 01/21/2021 02:03 PM
NYSCEF DOC. NO. 1

INDEX NO. 501808/2021
RECEIVED NYSCEF: 01/21/2021

## ATTORNEY VERIFICATION

State of New York }
                     } ss:
County of New York }

I, Timothy Mandronico, the undersigned, an attorney admitted to practice in the courts of the State of New York, and associated with the law firm of **KHAVINSON & ASSOCIATES, P.C.**, state that **KHAVINSON & ASSOCIATES, P.C.** are the attorneys of record for Plaintiff in the within action. I have read the foregoing **SUMMONS AND VERIFIED COMPLAINT** in the within action and know the contents thereof, the same are true to my knowledge except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. The reason this verification is made by the undersigned attorney and not by the Plaintiff is that Plaintiff resides in a county other than which this law office maintains its offices.

The grounds of my belief as to those matters therein not stated upon knowledge is based upon facts, records, and other pertinent information contained in our legal files maintained in the ordinary course of business.

Dated: New York, New York
January 20, 2021

TIMOTHY MANDRONICO

[FILED: KINGS COUNTY CLERK 01/21/2021 02:03 PM]
NYSCEF DOC. NO. 1

INDEX NO. 501006/2021
RECEIVED NYSCEF: 01/21/2021

Index No.:
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

ANGEL RAWEL BREA,

                Plaintiff,

-against-

LUCIANO ROBALINO and OCEAN FROST CORP,

                Defendants.

---

## SUMMONS AND VERIFIED COMPLAINT

---

**KHAVINSON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
45 Broadway, Suite 720
New York, NY 10006
T: (212) 785-5000
F: (347) 983-6992
http://khavinsonlawfirm.com/

---

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
COUNTY OF NASSAU ) ss.:

CYNTHIA LEDERER, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk, New York.

On February 24, 2021, deponent served the within NOTICE OF REMOVAL upon the following at their respective addresses:

KHAVINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
45 Broadway, Suite 7200
New York, New York  10006

by depositing a true copy of same enclosed in a postage-paid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

CYNTHIA LEDERER

Sworn to before me this
24th day of February, 2021

NOTARY PUBLIC
HAROLD A. CAMPBELL
No. 02CA6046319
Qualified in Nassau County
Commission Expires August 14, 2022